**Suad EFENDIC, Appellant,**

v.

**Thomas COOLIDGE and Mario Ehlers, Appellee.**

**No. 2008–1551.**

United States Court of Appeals, Federal Circuit.

Jan. 14, 2009.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Thomas Coolidge's motion to dismiss is denied as moot.

(3) Each side shall bear its own costs.

**Margaret M. GARRETT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2008–3340.**

United States Court of Appeals, Federal Circuit.

Jan. 14, 2009.

Margaret M. Garrett, Memphis, TN, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.